The People of the State of New York ex rel. Jeremiah Lawson, Appellant, *v.* Bird S. Coler, as Comptroller of the City of New York, Respondent.

*People ex rel. Lawson* v. *Coler*, 40 App. Div. 65, affirmed.
(Submitted June 6, 1899; decided June 23, 1899.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1899, affirming on certiorari a determination of respondent in dismissing the relator from the position of inspector in the Wallabout market in the borough of Brooklyn.

*George W. McKenzie* and *George P. Beebe* for appellant

*John Whalen, Corporation Counsel ( William J. Carr* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
All concur.